IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

SCOTT A. MELBY,

                  Plaintiff,

    v.

CAROLYN W. COLVIN,
Acting Commissioner of Social Security,

                  Defendant.

ORDER

13-cv-268-wmc

    Pursuant to a joint stipulation for remand (dkt. #22) filed by the parties on November 17, 2014, IT IS HEREBY ORDERED that this matter is remanded to the Commissioner pursuant to sentence four of Section 205 of the Social Security Act, 42 U.S.C. § 405(g). The clerk of court is directed to enter judgment accordingly.

    Entered this 18th day of November, 2014.

                  BY THE COURT:

                  /s/

                  _____
                  WILLIAM M. CONLEY
                  District Judge